IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF OKLAHOMA

| | | |
|---|---|---|
| THOMAS FARRAR, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Case No. CIV-13-988-M |
| | ) | |
| SCOTT WHITLOCK, *et. al.*, | ) | |
| | ) | |
| Defendants. | ) | |

## ORDER

On October 31, 2013, United States Magistrate Judge Shon T. Erwin issued a Report and Recommendation in this action brought pursuant to 42 U.S.C. § 1983 alleging the violation of certain constitutional rights during plaintiff's arrest[1] on October 11, 2008. The Magistrate Judge recommended (1) the Court dismiss this action upon filing for failure to comply with Federal Rule of Civil Procedure 8(a); and (2) on the grounds that it is untimely. The parties were advised of their right to object to the Report and Recommendation by November 18, 2013. On November 15, 2013, plaintiff filed a Motion for Clarification [docket no.9], which the Court construes as his objection.

Upon de novo review, the Court:

1. ADOPTS the Report and Recommendation issued by the Magistrate Judge on October 31, 2013, and

---

[1] At the time the Report and Recommendation was issued, plaintiff had failed to identify the date of his arrest in the original complaint. Plaintiff filed a Motion for Clarification [docket no. 9] on November 15, 2013, in which he specified the date of the arrest as October 11, 2008.

2. DISMISSES Plaintiff's Complaint [docket no. 1] as untimely.

**IT IS SO ORDERED this 22nd day of November, 2013.**

VICKI MILES-LaGRANGE
CHIEF UNITED STATES DISTRICT JUDGE